FILED '06 NOV 06 12:43 USDC-ORP

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Melvin Taylor

        Plaintiff,

    vs.                                         Civil No. 05-cv-01133-MA

Commissioner of Social Security

      Defendant.                     **ORDER GRANTING AWARD OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of **$2.13**, costs in the amount of **$11.50**, and

attorney's fees in the amount of **$4627.01** for total in the amount of **$4640.64**, pursuant to EAJA,

28 U.S.C. § 2412 and 28 U.S.C. § 1920.  Payment should be made to plaintiff's attorney

    Done this _6_ day of _November_ , 2006.

                    _Malcolm F. Marsh_
                    Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**